UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/26/2021
```

W.A., individually; W.A., on behalf of T.A.; S.A.,
individually; and S.A., on behalf of T.A.,

                            Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                            Defendant.

1:21-cv-3377-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

A review of Court records indicates that the Complaint in this action was filed on April 16,

2020 [ECF No. 1], and that no proof of service of the summons and Complaint has been filed.

Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is
> filed, the court – on motion or on its own after notice to the plaintiff
> – must dismiss the action without prejudice against that defendant
> or order that service be made within a specified time.  But if the
> plaintiff shows good cause for the failure, the court must extend the
> time for service for an appropriate period.

Plaintiff is directed to serve the summons and Complaint on Defendant on or before August

26, 2021.  If service has not been made on or before August 26, 2021, and if Plaintiff fails to show

cause, in writing, why service has not been made, the Complaint will be dismissed for failure to

prosecute, pursuant to Federal Rules of Civil Procedure 4 and 41.

**SO ORDERED.**

**Dated: July 26, 2021**
    **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**